IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED

SEP 05 2017

Clerk, U S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 16–16–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERIC DAVID FLETCHER, | |
| Defendant. | |

Defendant, Eric David Fletcher, having filed a motion to file under seal, and finding good cause appearing,

IT IS ORDERED that the Motion to File the Defendant's Motion to Dismiss and Request for a Hearing Under Seal (Doc. 54) is GRANTED.

Dated this 5th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court