IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–16–BU–DLC–2 |
| Plaintiff, | |
| vs. | ORDER |
| ERIC DAVID FLETCHER, | |
| Defendant. | |

Defendant Eric David Fletcher filed a motion to dismiss on September 11, 2017. Trial in this case is scheduled on September 25, 2017. Thus, the Government is directed to expedite its response to Defendant's motion. The Government shall file its response brief by September 15, 2017. Further, the plea agreement deadline is VACATED and RESET for September 19, 2017.

DATED this 12th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court